SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
JUAN VALENCIA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN VALENCIA,<br><br>            Plaintiff,<br><br>      vs.<br><br>HARRY & MILDRED MYERS FAMILY INVESTMENTS, LLC; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:22-cv-00605-ODW-RAOx**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Juan Valencia ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  April 12, 2022                              **SO. CAL EQUAL ACCESS GROUP**


                                                                   */s/ Jason J. Kim*
                                                                  JASON J. KIM
                                                                  Attorney for Plaintiff