**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, JUAN VALENCIA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN VALENCIA,<br><br>          Plaintiff,<br><br>     vs.<br><br>HARRY & MILDRED MYERS FAMILY INVESTMENTS, LLC; and DOES 1 to 10,<br><br>          Defendants. | **Case No.: 2:22-cv-00605-ODW-RAOx**<br>Assigned to Hon. Otis D. Wright II<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff JUAN VALENCIA ("Plaintiff") and Defendant HARRY & MILDRED MYERS FAMILY INVESTMENTS, LLC stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

Respectfully submitted,

DATED: April 26, 2022          SO. CAL. EQUAL ACCESS GROUP

By:   */s/  Jason J. Kim*
      Jason J. Kim
      Attorneys for Plaintiff

Dated: April 27, 2022          Law Office of Rick Morin, PC

By:   */s/ Richard Morin*
      Richard Morin, Esq.
      Attorneys for Defendant

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 27, 2022          By: */s/ Jason J. Kim*
                                    Jason J. Kim